UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAMERON ATHAY, JESSICA ATHAY, | CASE NO. 3:22-CV-5422-JHC-DWC |
| Plaintiff, | PRETRIAL SCHEDULING ORDER |
| v. | |
| STATE OF WASHINGTON, et al., | |
| Defendant. | |

This is a civil rights action brought pursuant to 42 U.S.C. § 1983. On August 19, 2022, the parties submitted their Joint Status Report as required by the Court. Dkt. 13. Accordingly, the Court hereby establishes the following pretrial schedule:

(1) Motion to Amend

Any motion to amend must be filed on or before **November 28, 2022**.

(2) Discovery

All discovery shall be completed by **March 31, 2023**.  Service of responses to interrogatories and to requests to produce, and the taking of depositions, shall be completed by this date.  Federal Rule of Civil Procedure 33(a) requires answers or objections to be served within thirty (30) days after service of the interrogatories. The serving party, therefore, must

serve his/her discovery requests at least thirty (30) days before the deadline in order to allow the other party time to answer. Discovery requests must be served directly on the opposing party's counsel by mail.

(3)  Motion to Compel to Discovery

Any motion to compel discovery shall be filed not later than **April 14, 2023**.

(4)  Dispositive Motions

Any dispositive motion shall be filed and served by **May 4, 2023.**  Pursuant to LCR 7(b), any argument being offered in support of a motion shall be submitted as a part of the motion itself and not in a separate document. The motion shall include in its caption (immediately below the title of the motion) a designation of the date the motion is to be noted for consideration upon the Court's motion calendar. Dispositive motions shall be noted for consideration on a date no earlier than the fourth Friday following filing and service of the motion. LCR 7(d)(3).

All briefs and affidavits in opposition to any motion shall be filed and served pursuant to the requirements of Rule 7 of the Federal Rules of Civil Procedure and LCR 7. The party making a motion may file and serve a reply to the opposing party's briefs and affidavits. Any reply brief shall also be filed and served pursuant to the requirements of Rule 7 of the Federal Rules of Civil Procedure and LCR 7.

As the parties did not consent to a magistrate judge, if the case proceeds past dispositive motions, the Honorable Benjamin H. Settle, the District Judge assigned to this case, will set the trial date and related deadlines.

Dated this 27th day of September, 2022.

David W. Christel
United States Magistrate Judge