# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CAMERON ATHAY, JESSICA ATHAY,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, et al.,<br><br>Defendant. | CASE NO. 3:22-CV-5422-JHC-DWC<br><br>ORDER GRANTING AGREED MOTION TO AMEND COMPLAINT |

The District Court has referred this action to United States Magistrate Judge David W. Christel. This matter is before the Court on the parties' agreed motion pursuant to Fed. R. Civ. P. 15(a)(2) to permit plaintiffs to file the amended complaint attached to their motion. Dkt. 15.

The motion is GRANTED. Plaintiffs are directed to file their First Amended Complaint for Damages in the form attached as Exhibit A to the motion on or before **October 21, 2022**.

Dated this 11th day of October, 2022.

David W. Christel
United States Magistrate Judge