UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAMERON ATHAY, JESSICA ATHAY,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, et al.,<br><br>Defendant. | CASE NO. 3:22-CV-5422-JHC-DWC<br><br>ORDER EXTENDING CASE DEADLINES |

The District Court has referred this action to United States Magistrate Judge David W. Christel. This matter comes before the Court on the parties' joint motion to extend pretrial deadlines. Dkt. 21. The parties state they have been diligently conducting discovery and have amicably resolved their discovery disputes, but will be unable to complete discovery before the currently scheduled March 31, 2023 cutoff. The parties have therefore jointly request an extension of the current case schedule.

The Court find good cause exists for an extension. The Court therefore ORDERS the Pretrial Scheduling Order in this case (Dkt. 14) is revised as follows:

ORDER EXTENDING CASE DEADLINES - 1

- Discovery shall be completed by **April 20, 2023**;

- Motions to compel discovery shall be filed not later than **May 4, 2023**; and

- Dispositive motions shall be filed and served by **May 24, 2023**.

Dated this 27th day of March, 2023.

*[signature]*
David W. Christel
Chief United States Magistrate Judge

ORDER EXTENDING CASE DEADLINES - 2