UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAMERON ATHAY, JESSICA ATHAY,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, et al.,<br><br>Defendant. | CASE NO. 3:22-CV-5422-JHC-DWC<br><br>ORDER EXTENDING BRIEIFING SCHEDULE AND NOTING DATE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

The District Court has referred this action to United States Magistrate Judge David W. Christel. This matter comes before the Court on the parties stipulated motion for relief from briefing deadlines. Dkt. 41.

The Court finds good cause exists for an extension. It is therefore ORDERED as follows;

1. Plaintiff's opposition to Defendants' motion for summary judgment (Dkt. 33) shall be filed on or before July 10, 2022. Defendants may file a reply on or before July14, 2023.

2. The Clerk shall re-note Defendants' motion for summary judgment (Dkt. 33) for July 14, 2023.

Dated this 12th day of June, 2023.

_David W. Christel_
David W. Christel
Chief United States Magistrate Judge