UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CAMERON ATHAY, JESSICA ATHAY,

                Plaintiffs,

v.

STATE OF WASHINGTON, et al.,

                Defendants.

No. 3:22-CV-5422-JHC-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, Dkt. # 49, and the remaining record, does hereby ORDER:

(1) Plaintiffs did not file any objection to the Report and Recommendation.

(2) The Court adopts the Report and Recommendation.

(2) Defendants' Motion for Summary Judgment (Dkt. 33) is granted in part; Plaintiff's 42 U.S.C. § 1983 claims are dismissed with prejudice.

(3) Plaintiff's state law claims are remanded to the Washington State Superior Court for Thurston County.

(4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 15th day of September, 2023.

_____
John H. Chun
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1